R# 65132

# MEMO ENDORSED

ORIGINAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**



U.S. DISTRICT COURT
FILED
JUN 2 6 2008
S.D. OF N.Y.
W.P.

| | |
|---|---|
| **DAVID COHAIN D.D.S. Et Al.** | **CASE NO. 08CIV5047** |
| Plaintiffs | **JUDGE: CONNER** |
| v. | |
| **LAURA KLIMLEY Et Al.** | |
| Defendants | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

---

### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

---

I, **Richard B. Reiling**, a member in good standing of the bar in the State of **Ohio**, or of the bar of the U.S. District Court for the Southern District of Ohio, request admission, pro hac vice, before the **Honorable Conner**, to represent **Plaintiffs** in the above referenced case.

My Main Office address is:
5045 N. Main St., Ste. 320 D, Dayton, Ohio 45415. Telephone: 937 278 1183. Facsimile: 937 278 1374. E-mail is reilinglaw@aol.com. My alternate address is: Two Center Plaza, Ste. 510, Boston, MA 02108.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice Pro hac vice.

Dated: June 10, 2008
Dayton, Ohio

RICHARD B. REILING Ohio Bar #0066118
Massachusetts Bar # 629203

### ORDER

**ORDERED**

That Richard B. Reiling, Esq., is admitted to practice, pro hac vice, in the above referenced case proceeding, in the United States District Court, Southern District of New York, subject to payment of the filing fee.   ✓ SO ORDERED.

✓ Dated: _____ 2008
White Plains, NY

UNITED STATES DISTRICT JUDGE
Hon. William C. Conner, USDJ

**MEMO ENDORSED**

COPIES MAILED TO COUNSEL OF RECORD