# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CIV 5047                                    Date Filed: 6/2/2008

Plaintiff:
**David Cohaln, DDS, Et Al**

vs.

Defendant:
**Laura Klimley, Et Al**

Received these papers to be served on **John Palmero, 20 Saymor Drive, Bardonia, NY 10954**.

I, John Lepore, being duly sworn, depose and say that on the **28th day of July, 2008** at **3:24 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons In A Civil Action and Complaint (Jury Demand Endorsed Hereon**

**Military Status:** Based upon inquiry at given address, defendant is not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity.

**Description** of Person Served: Age: 23, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 120, Hair: Black, Glasses: N

State of New York, County of Westchester, ss: I certify that the above information is accurate and true. I am not a party to the action, am over the age of 18 and reside in the State of New York.

Sworn to before me on the 30th day of July, 2008

_____
NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 2009

_____
John Lepore
Process Server

Our Job Serial Number: 2008006224

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w