UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X       Index No.: 08 CV 5047
DAVID COHAIN D.D.S. Et Al.,

**NOTICE OF APPEARANCE**

                         Plaintiffs,

    -against-

LAURA KLIMLEY Et Al.,

                        Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as lead counsel in this case for John Palmero. I certify that I am admitted to practice in this Court.

Dated:    White Plains, New York
             August 25, 2008

                                BABCHIK & YOUNG, LLP
                                Attorneys for Defendant John Palmero

                      By:  _____
                              Jack Babchik (JB 8953)
                              A Member of the Firm
                              200 East Post Road
                              White Plains, New York 10601
                              (914) 470-0001