UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

DAVID COHAIN D.D.S. Et Al.

    Plaintiffs

v.

LAURA KLIMLEY Et Al.

    Defendants

CASE NO. 08CIV5047

JUDGE: CONNER

## STIPULATION

Now come Plaintiffs and Defendant John Palmero and hereby stipulate that Mr. Palmero be granted an additional twenty (20) days to respond to the complaint served upon him in this matter in order to facilitate ongoing settlement discussions.

Respectfully Submitted,

/s/ Richard B. Reiling
RICHARD B. REILING #0066118 (Ohio)
5045 N. Main St., Ste. 320 D
Dayton, Ohio 45415
937-278-1183
937-278-1374 Facsimile
reilinglaw@aol.com
Attorney for Plaintiffs

MR. JOHN PALMERO
Defendant

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to FED.R.CIV.P. 5, that on this 25 day of Aug. [June], 2008, I have electronically filed the foregoing STIPULATION, including any attachments, with the Clerk of this Court using the CM/ECF system which will send notification to, and serve a copy electronically upon counsels of record and by Regular U.S. Mail, pre-paid postage to Defendant John Palmero, 20 Saymor Drive, Bardonia, New York 10954. A courtesy copy of this document has also been sent to Mr. Ronald Kozar via e-mail kozar@kozarlaw.com and Mr. Babchik via e-mail babchik@juno.com.

/s/ Richard B. Reiling
RICHARD B. REILING #0066118

2